UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANITA BRADLEY, *et al.*,

    Plaintiffs,     Case No. 19-cv-12396
                                          Hon. Matthew F. Leitman

v.

FOUNTAIN BLEU HEALTH
AND REHABILITATION CENTER, INC.,

    Defendants
_____/

**ORDER DENYING PLAINTIFFS' MOTION TO SET ASIDE THE DECEMBER 5, 2019 ORDER DISMISSING THE CASE (ECF No. 10)**

On December 5, 2019, the Court entered a stipulated order (1) requiring the parties to submit their dispute to binding arbitration and (2) dismissing this civil action with prejudice. (*See* Stipulated Order, ECF No. 8.)  On March 30, 2020, Plaintiffs filed a motion to set the stipulated order aside. (*See* Mot., ECF No. 10.)

The Court held an on-the-record telephonic status conference with counsel for all parties on May 13, 2020. (*See* Notice, ECF No. 12.)  For the reasons explained during that conference, Plaintiffs' motion is **DENIED**.  Plaintiffs may file a renewed motion to set aside the stipulated order, on the alternative basis explained by Plaintiffs' counsel during the status conference, by no later than **May 27, 2020**.

    **IT IS SO ORDERED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
Dated:  May 14, 2020                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2020, by electronic means and/or ordinary mail.

                                                                 s/Holly A. Monda
                                                                 Case Manager
                                                                 (810) 341-9764